# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT WARE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.  2:22-cv-0993-AMM-JHE |
| | ) |
| **SHERIFF SAMANIEGO,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Robert Ware filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. Doc. 14. On August 15, 2025, the magistrate judge entered a report recommending the court grant the defendants' partial motion to dismiss, Doc. 29, under 42 U.S.C. § 1997e(a) based on Mr. Ware's failure to exhaust administrative remedies. Doc. 32. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that the defendants' partial motion to dismiss, Doc. 29, is **GRANTED**, and Mr. Ware's deliberate indifference

claims based on his eye condition and toe infection are **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e(a) based on Mr. Ware's failure to exhaust administrative remedies.  Mr. Ware's remaining claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 9th day of September, 2025.

_/s/ Anna M. Manasco_
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE