FILED

2026 Mar-26  PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT WARE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-0993-AMM-JHE** |
| | ) | |
| **SHERIFF SAMANIEGO,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

Plaintiff Robert Ware filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution. Doc. 14. On February 10, 2026, the magistrate judge entered a report recommending the court grant the defendants' motion for summary judgment and dismiss the claims with prejudice. Doc. 43. Although the magistrate judge granted Mr. Ware's motion for an extension of time to file written objections, Docs. 44, 45, that deadline has passed, and the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motion for summary judgment is due to be **GRANTED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 26th day of March, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE